IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

```
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 21 2006

                    CLERK
```

Civil Action No. 04-cv-01573-ZLW

AMAR BOMANI MAWUSI-ZULU, also known as
BYRON M. GEORGE, also known as
BYRON MELVIN GEORGE,

       Applicant,

v.

WARDEN ROBERT A HOOD,

       Respondent.

---

### MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

       This matter is before the Court on the motion titled "Petition for Relief pursuant to Rule 60(b)(6), (5) Under Extraordinary Circumstances" that Applicant submitted to and filed with the Court on September 1, 2006. The habeas corpus application was denied and the instant action dismissed in an order filed on September 24, 2004. On October 25, 2006, the United States Court of Appeals affirmed the dismissal. This case is closed. Therefore, the motion for relief filed on September 1 is DENIED as moot.

Dated: September 21, 2006

---

Copies of this Minute Order mailed on September 21, 2006, to the following:

Amar R. Mawusi-Zulu
Reg. No. 18300-016
USP-MAX
P.O. Box 8500
Florence, CO 81226

                                Secretary/Deputy Clerk